Fred Simpson, Esq.
JENKS & SIMPSON, P.C.
1821 S. Avenue W., Suite 204
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@jenkssimpson.legal

*Attorneys for Defendant Metropolitan Property and Casualty Ins. Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| IVY HERZOG, | ) | CV 21-44-BU-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **AMEND CAPTION** |
| METROPOLITAN PROPERTY AND | ) | |
| CASUALTY INSURANCE | ) | |
| COMPANY, and DOES I-V, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Metropolitan Property and Casualty Insurance Company hereby moves the Court for an order amending the caption to state the correct name of the Defendant. After the Complaint in this case was filed, Defendant changed its corporate name from "Metropolitan Property and Casualty Insurance Company" to "Farmers Property and Casualty Insurance Company." Accordingly, Defendant seeks an order amending the caption to state the current name of Defendant as "Farmers Property and Casualty Insurance Company."

Opposing counsel has been contacted and has no objection to this motion.

A proposed order is lodged herewith for the Court's consideration.

DATED this 19th day of November, 2021.

        JENKS & SIMPSON, P.C.


        By /s/ Fred Simpson
          Fred Simpson
          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify on this 19th day of November, 2021, a copy of the foregoing document was served upon the following persons by the following means as indicated below:

| | |
|---|---|
| **[X] CM/ECF**<br>[...] Mail<br>[ ] Hand Delivery<br>[ ] Overnight Delivery Service<br>[...] Fax<br>[ ] Email | Clerk, U.S. District Court |

| | |
|---|---|
| **[X] CM/ECF**<br>[...] Mail<br>[ ] Hand Delivery<br>[ ] Overnight Delivery Service<br>[...] Fax<br>[ ] Email | Jason Kamerath, Esq.<br>LOWE LAW GROUP<br>6028 S. Ridgeline Drive, Suite 200<br>Ogden, UT 84405<br>(406) 630-5144<br>jason@lowelawgroup.com<br>*Attorneys for Plaintiff* |

| | |
|---|---|
| [...] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Federal Express<br>**[X] E-Mail**<br>[ ] Certified Mail, Return Receipt Requested | Eric Hinckley, Esq.<br>LOWE LAW GROUP<br>6028 S. Ridgeline Drive, Suite 200<br>Ogden, UT 84405<br>(406) 630-5144<br>Eric_h@lowelawgroup.com<br>*Attorneys for Plaintiff* |

JENKS & SIMPSON, P.C.


By  /s/Fred Simpson
      Fred Simpson
      Attorney for Defendants